## Walsh's License.

Argued May 12, 1914. Appeal, No. 29, April T., 1914, by W. L. Amo and O. G. Moore, Remonstrants, from order of Q. S. Clarion Co., Feb. T., 1914, No. 8, License Docket, granting a retail liquor license. Before RICE, P. J., ORLADY, HEAD, PORTER, HENDERSON, KEPHART and TREXLER, JJ. Affirmed.

Petition for a retail liquor license.

*Error assigned* was order granting the license.

*F. J. Maffett,* of *Maffett & Rimer,* with him *Corbett & Rugh,* for appellants.

*A. A. Geary,* with him *W. W. Hindman,* for appellee.

OPINION BY HENDERSON, J., July 15, 1914:

The same question is presented in this appeal which was considered and determined in In re Application of R. H. Edmonson, in an opinion this day filed, ante, p. 355. Each of the applications was for a license to sell liquor at retail in the borough of Edinburg, Clarion county, and the same argument is presented in each case.

For the reasons given in the case of Edmonson the order of the court is affirmed in this case at the cost of the appellants.